# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:06-cv-00883-FMC-PJWx | Date | June 27, 2008 |
|---|---|---|---|
| Title | Assaf Deri (Estate of) et al v. City of Los Angeles et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    ORDER TO SHOW CAUSE    (In Chambers)

The Court, on its own motion, ORDERS that counsel for *defendants* Rodriguez and Seymour show cause in writing on or before **July 11, 2008**, why sanctions should not be imposed for failure to comply with **FRCP 12(a)(4)(A)**.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

   **-answer to First-Amended Complaint  (after entry of the Court's Order, on April 8, 2008, denying the Motion to Dismiss)**

Additionally, counsel for *plaintiff* shall show cause in writing on or before **July 11, 2008**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

   -**proof of service of summons and First Amended Complaint on Susan Yonke.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of counsel's response.  Failure to respond to the Court's order may result in the dismissal of the action.

|  | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-00883-FMC-PJWx | Date | June 27, 2008 |
|---|---|---|---|
| Title | Assaf Deri (Estate of) et al v. City of Los Angeles et al | | |